CURTISS-WRIGHT CORPORATION, Appellant, *v.* INCORPORATED
VILLAGE OF GARDEN CITY, Respondent.

Argued January 6, 1947; decided January 17, 1947.

*Kenneth M. Spence* and *David B. Tolins* for appellant.
*George L. Hubbell, Jr.,* and *Vincent W. Farley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.